# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## LIST OF WITNESSES

Case No.    3:20-cv-01878-IM                    Title:    Tyvoll v City of Portland, et el

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | Marie Tyvoll   11/12/24 & 11/13/24 | Plt. |
| | | | | | | Rose Threet 11/13/24 | Plt. |
| | | | | | | Scott La Fetra 11/13/24 | Plt. |
| | | | | | | Paul Threet 11/13/24 | Plt. |
| | | | | | | Craig Dobson 11/13/24 | Def. |
| | | | | | | Spencer Fomby 11/13/24 | Def. |
| | | | | | | Justin Damerville 11/14/24 | Def. |