UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MARIE TYVOLL,**

    Plaintiff,

v.

**CITY OF PORTLAND**, a municipal corporation; and **JUSTIN D. DAMERVILLE**, an individual,

    Defendants.

Case No.: 3:20-cv-01878-IM

**VERDICT FORM**

We, the jury, being first duly empaneled, do find:

<u>Claim One: Fourth Amendment Excessive Force</u>

1. Did Defendant Damerville subject Plaintiff to excessive force?

    Answer:     Yes _____     No __✓__

If you answered "No" to Question 1, your verdict is for the Defendants on both claims. Do not answer any more questions. Have your presiding juror sign and date this verdict form.

If you answered "Yes" to Question 1, go to Question 2.

<u>Claim Two: Battery</u>

2. Did Defendant City of Portland, through its agent Sgt. Damerville, commit a battery on Plaintiff?

    Answer:     Yes _____     No _____

If you answered "No" to Question 2, your verdict is for Defendant City of Portland on Claim Two. Do not answer Question 3 and go to Question 4.

If you answered "Yes" to Question 2, go to Question 3.

3. Was defendant Damerville justified in using pepper spray on plaintiff?

   Answer:   Yes _____    No _____

If you answered "Yes" to Question 3, your verdict is for Defendant City of Portland on Claim Two. Do not answer any more questions. Have your presiding juror sign and date this verdict form. If you answered "No" to Question 3, go to Question 4.

Damages

4. What are plaintiff's damages?

   Non-economic Damages:   $_____

Sign and return this verdict.

DATED this 14 day of November, 2024

                                                            _____
                                                            Presiding Juror